UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KAREN S. SONKE,

          Plaintiff,                       Case No. 1:12-cv-56

v.                                      HON. JANET T. NEFF

COMMISSIONER OF SOCIAL
SECURITY,

          Defendant.

_____/

## ORDER APPROVING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed October 9, 2012 by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (Dkt 22) is APPROVED and ADOPTED as the opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's Application for Attorney Fees and Costs Pursuant to the Equal Access to Justice Act (Dkt 18) is GRANTED IN PART AND DENIED IN PART for the reasons stated in the Report and Recommendation.

**IT IS FURTHER ORDERED** that Plaintiff is awarded $3,787.50 in fees and costs.

Dated:  October 26, 2012               /s/Janet T. Neff_____
                                           JANET T. NEFF
                                         UNITED STATES DISTRICT JUDGE